**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CHARLES FINNEY,

    Petitioner,

v.                                        Case No. 8:02-CV-2217-T-30TBM

JAMES B. CROSBY,

    Respondent.
_____/

## **ORDER**

    This matter comes before the Court for a review of the case *sua sponte.* On March 7, 2005, Attorney Pamela H. Izakowitz was directed to file a report detailing the status of Petitioner's applications for state post-conviction relief (Dkt. 32). To date, she has not filed a response to said order.

    UPON consideration, the Court **ORDERS** that Attorney Izakowitz shall, within **ELEVEN (11) DAYS** hereof, file a report detailing the status of Petitioner's applications for state post-conviction relief and show cause in writing why she should not be sanctioned or disciplined for her failure to comply with an order of this Court.

    **DONE** and **ORDERED** in Tampa, Florida on May 24, 2005.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties/Counsel of Record

SA:jsh