**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CHARLES FINNEY,

    Petitioner,

v.                                                      Case No. 8:02-CV-2217-T-30TBM

JAMES B. CROSBY,

    Respondent.
_____/

## **ORDER**

    This matter comes before the Court upon receipt of Attorney Izakowitz's response (Dkt. 36) to the May 27, 2005 order to show cause (Dkt. 35) for failing to comply with the March 7, 2005 order directing her to file a report detailing the status of Petitioner's applications for state post-conviction relief (Dkt. 32).

    According to Attorney Izakowitz, she was not aware that the Court had ordered her to file a status report until she received the order to show cause (Dkt. 36 at 2). On July 12, 2004, the Middle District of Florida converted to a mandatory paperless electronic filing system: CM/ECF.  Notice of this conversion was provided via the Middle District of Florida's web-page, announcements, and numerous mailings, and CM/ECF training sessions were offered by the Court's administrative staff.  All attorneys appearing before this Court are required to use the CM/ECF docket system in all pending actions.

    When the March 7, 2005 order was entered, Attorney Izakowitz was not utilizing the CM/ECF system to file and receive Court documents, *see* Dkt. 33.  On May 20, 2005,

Attorney Izakowitz informed the Court that she has taken the steps necessary to utilize the CM/ECF system and has signed up for the training class offered by the Clerk's Office (Dkt. 34).

Attorney Izakowitz has complied with the March 7, 2005 order, informing the Court that Petitioner's motion for reconsideration of the Florida Supreme Court's May 6, 2005 decision rejecting the claims raised in his Rule 3.850 motion is currently pending (Dkt. 36 at 1). Since Attorney Izakowitz has rectified the oversight in a timely manner, the Court finds that sanctions are not warranted at this time.

UPON consideration, the Court **ORDERS** that the **Clerk** shall forward a copy of the March 7, 2005 order (Dkt. 32) to Attorney Izakowitz.

**DONE** and **ORDERED** in Tampa, Florida on June 14, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties/Counsel of Record

SA:jsh